IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH E. DE RITIS,** : | |
|     **Plaintiff** : | |
| : | **CIVIL ACTION** |
|     **v.** : | **13-6212** |
| : | |
| **THOMAS J. MC GARRIGLE, et al.,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, this 24th day of June 2014, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 8, 9 & 11) and Plaintiff's Responses thereto and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant Roger's Motion is **DENIED** with respect to the First Amendment retaliation, Pennsylvania Whistleblower Law, Wrongful Discharge, and Conspiracy claims;

2. Defendant Kenney's Motion is **DENIED** with respect to the Conspiracy claim;

3. The Motions are **GRANTED without prejudice** in all other respects;

4. Plaintiff may amend his Complaint without leave of Court within **21 days** of the entry of this Order.

It is so **ORDERED**.

                                           BY THE COURT:

                                           /s/ Cynthia M. Rufe
                                           _____
                                           **CYNTHIA M. RUFE, J.**