IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH E. DERITIS,<br>    Plaintiff<br><br>    v.<br><br>DOUGLAS C. ROGER, JR. et al.,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:   13-6212 |

## ORDER

**AND NOW,** this 23rd day of February 2016, upon consideration the summary judgment motions and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

    1.    Defendant Kenney's Motion for Summary Judgment [Doc. 39] is **GRANTED** and Plaintiff's claim against Defendant Kenney is **DISMISSED** with prejudice;

    2.    Defendant Roger's Motion for Summary Judgment [Doc. 38] is **GRANTED** with respect to Plaintiff's civil conspiracy and wrongful discharge claims, and Plaintiff's claim for punitive damages under Pennsylvania Whistleblower Law. These claims are **DISMISSED** with prejudice. Defendant Roger's Motion is **DENIED** with respect to Plaintiff's First Amendment retaliation claim, Plaintiff's Pennsylvania Whistleblower claim, Plaintiff's claim for punitive damages under § 1983, and Defendant's affirmative defense of qualified immunity;

    3.    Plaintiff's Motion for Partial Summary Judgment [Doc. 40] is **DENIED**.

The Clerk is directed to **TERMINATE** Chad F. Kenney as a party to this litigation.

It is so **ORDERED**.

                                                    BY THE COURT:

                                                    /s/ Cynthia M. Rufe

                                                    _____
                                                    **CYNTHIA M. RUFE, J.**